**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

January 16, 2014

Hon. Joel Vale Jr.
818 W. Pecan Blvd.
McAllen, TX 78501

Hon. Michael R. Cowen
The Cowen Law Group
62 E. Price Road
Brownsville, TX 78521

Hon. Mike Mills
Atlas, Hall & Rodriguez
818 Pecan Avenue
P.O. Box 3725
McAllen, TX 78502-3725

Hon. Marie Christine Cortez
700 Paredes Avenue
104
Brownsville, TX 78521

Hon. Ernesto Gamez, Jr.
Law Offices Of Ernesto Gamez, Jr.
Attorneys at Law
777 E. Harrison
Brownsville, TX 78520-7118

Re:     Cause No. 13-14-00024-CV
Tr.Ct.No. 2009-06-
Style:   In Re James D. Nelson, Douglas C. McKee, and Robert C. Brooks v. Los
         Campeones, Inc. D/B/A Valley International County Club

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    444th District Court
       Hon. Aurora De La Garza, District Clerk/Cameron